A91A0567. CSX TRANSPORTATION, INC. v. LEVANT.
(431 SE2d 482)

COOPER, Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *CSX Transp. v. Levant*, 262 Ga. 313 (417 SE2d 320) (1992), our decision in *CSX Transp. v. Levant*, 200 Ga. App. 856 (410 SE2d 299) (1991), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Pope, C. J., McMurray, P. J., Birdsong, P. J., Beasley, P. J., Andrews, Johnson and Blackburn, JJ., concur.*

DECIDED APRIL 5, 1993.

*Hunter, Maclean, Exley & Dunn, Arnold C. Young, Wade W. Herring II, Alston & Bird, Jack H. Senterfitt*, for appellant.
*Agnew, Schlam & Bennett, Paul R. Bennett, Jones, Boykin & Associates, John W. Jones, Billy E. Moore*, for appellee.